Sterling A. Brennan (CA State Bar No. 126019)
  E-mail: sbrennan@mabr.com
MASCHOFF BRENNAN GILMORE & ISRAELSEN
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone: (949) 202-1900
Facsimile: (949) 453-1104

David R. Wright (*pro hac vice* application to be submitted)
  E-mail: drwright@foley.com
Michael A. Manookin (*pro hac vice* application to be submitted)
  E-mail: mmanookin@foley.com
FOLEY & LARDNER LLP
299 South Main Street, Suite 2000
Salt Lake City, Utah 84111
Telephone:  (801) 401-8900
Facsimile:   (385) 799-7576

Attorneys for Plaintiff VIVINT, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVINT, INC., a Utah corporation,<br><br>                    Plaintiff,<br><br>       vs.<br><br>SB IP HOLDINGS, LLC,<br><br>                    Defendant. | Case No. 8:22-cv-00034-DOC-DFM<br><br>**PLAINTIFF'S NOTICE OF INTERESTED PARTIES**<br><br>[L.R. 7.1-1] |

Pursuant to Local Rule 7.1-1 and Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Vivint, Inc. ("Vivint") submits this Notice of Interested Parties in the above-captioned action (the "Action") so as to enable the Court to evaluate possible disqualification or recusal:

Vivint is a Utah corporation with its corporate headquarters in Provo, Utah.

Vivint is a subsidiary of Vivint Smart Home, Inc. ("Smart Home"), a Delaware corporation with its headquarters in Provo, Utah. As such, Vivint's shares are not publicly traded, although Smart Home is a public company (stock symbol VVNT).

Blackstone Inc. ("Blackstone"), previously known as The Blackstone Group, Inc., and before that The Blackstone Group, L.P., is a Delaware corporation with its headquarters in New York, New York. Blackstone or its affiliates own ten percent (10%) or more of Smart Home's issued shares of stock. Blackstone is a public company (stock symbol BX).

Defendant SB IP Holdings LLC ("SBIP") is a Delaware limited liability company with its headquarters in Irvine, California.

SBIP is a wholly-owned subsidiary of SkyBell Technologies, Inc. ("SkyBell"), a Nevada corporation with its headquarters in Irvine, California. SkyBell is a private company.

The undersigned, Vivint's counsel of record, certifies that each of the foregoing entities (i.e., Vivint, Smart Home, Blackstone, SBIP, and SkyBell) may have a pecuniary interest in the outcome of the Action:

DATED: January 18, 2022

/s/ *Sterling A. Brennan*
STERLING A. BRENNAN
MASCHOFF BRENNAN GILMORE & ISRAELSEN

Attorneys for Plaintiff Vivint, Inc.