# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVINT, INC., a Utah Corporation, | Case No.: 8:22-cv-00034-DOC-KES |
| Plaintiff, | |
| vs. | **ORDER** |
| SB IP HOLDINGS, LLC, | |
| Defendant. | |

Plaintiff Vivint, Inc., and Defendant SB IP Holdings, LLC, have informed the Court that they have reached an agreement in principle on the framework and most material terms for a settlement that will resolve the present action as well as other matters pending between the parties and their affiliates.  The parties have stipulated to a stay of all proceedings in this action for thirty days in order to permit the parties to finalize and document a settlement.

Based on the representations of parties and their joint stipulation, the Court finds good cause to enter a stay of all proceedings in this action for thirty days.

Accordingly, it is hereby ORDERED:

- All proceedings in this action are stayed for thirty days, until March 23, 2022.
- The Scheduling Conference set for March 21, 2022, is continued to April 18, 2022 at 8:30 AM.
- The hearing on Defendant's Motion to Dismiss (Dkt. 22) is continued from March 21, 2022 to April 18, 2022 at 8:30 AM.

IT IS SO ORDERED:

Dated: February 24, 2022

*David O. Carter*

Hon. David O. Carter
United States District Judge